**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

DESIREE RIVERA,

                                        Plaintiff,                          **STIPULATION OF**
                                                                            **DISMISSAL**

                        -against-                                           Case No.: 18-cv-10164(KM

FJB CONTRACTING INC. and FRANCIS J. BRADY,
*individually*,

                                        Defendants.

-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Desiree Rivera

Opt-in Plaintiff Dana Slavatore and Defendants FJB Contracting Inc. and Francis J. Bra

through their undersigned counsel, that the above-captioned action be and is hereby dismisse

its entirety on the merits with prejudice, and with no award of attorneys' fees or costs by

Court to any party other than as Ordered by the Court in approving the Settlement Agreement.

By: _____          By: _____
Thomas Everett Chase, Esq.                 Jesse C. Rose, Esq.
C. Zachary Rosenberg, Esq.                 The Rose Law Group, PLLC
Rottenberg Lipman Rich, P.C.               *Attorneys for Plaintiff*
*Attorneys for Defendants*                 31-09 Newtown Ave., Ste. 30
369 Lexington Avenue, 15th Floor           Astoria, New York 11102
New York, NY 10017                         T: 718-989-1864
T: 212-661-3080

Dated: July 9, 2019                        Dated: July 9, 2019

SO ORDERED:

_____
HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
7/9/19